CHIEF JUSTICE
  CAROLYN WRIGHT
JUSTICES
  JIM MOSELEY
  DAVID L. BRIDGES
  MICHAEL J. O'NEILL
  KERRY P. FITZGERALD
  MOLLY FRANCIS
  DOUGLAS S. LANG
  ELIZABETH LANG-MIERS
  ROBERT M. FILLMORE
  LANA MYERS
  DAVID EVANS
  DAVID LEWIS
  ADA BROWN



**Court of Appeals**
**Fifth District of Texas at Dallas**
600 COMMERCE STREET, SUITE 200
DALLAS, TEXAS 75202
(214) 712-3400

LISA MATZ
CLERK OF THE COURT
(214) 712-3450
lisa.matz@5th.txcourts.gov

GAYLE HUMPA
BUSINESS ADMINISTRATOR
(214) 712-3434
gayle.humpa@5th.txcourts.gov

FACSIMILE
(214) 745-1083

INTERNET
HTTP://5TH.TXCOURTS.GOV

July 7, 2014

Greg Gray
The Gray Law Firm, PPLC
1012 Ridge Road
Rockwall, TX 75087-4200

Kendra L. Culpepper
Rockwall County District Attorney's Office
1111 E. Yellowjacket Lane, Suite 201
Rockwall, TX 75087-4845

Re:     Monique Danae McClinton v. The State of Texas
        Case # 05-13-00578-CR

Dear Attorneys:

Enclosed is a corrected page for the above-mentioned case. Please note the following typographical error, which has been corrected:

Page 2, second sentence in the second paragraph, replace the word "suspected" with the word "suspended."

Please replace page two of your previous copy with the enclosed.


Sincerely,


Lisa Matz
Clerk of the Court


cc:     Trial court judge
        Trial court clerk